UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-4132-DMG (Ex) | Date | June 24, 2022 |
| Title | *Rolling Roles, LLC, et al. v. Red Velvet Entertainment, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:     IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On June 20, 2022, Plaintiffs Rolling Roles, LLC and Miranda Chen, also known as Jie Chen, filed a Complaint in this Court against Defendants Red Velvet Entertainment, Inc. (Wyoming), Red Velvet Entertainment, Inc. (California), Christina Ferra Gilmore, Blood Pageant, LLC, Ferra-Gilmore and Janovich Partners, doing business as Red Velvet Entertainment, Inc., Anthony J. Sands, Mark Askey, Robert Burton, Alan Bailey, Gayle Gaston, Gene Gilmore, and Leonard Anthony Gilmore. [Doc. # 3.] Plaintiffs assert 25 claims for fraud, misrepresentation, conversion, breach of fiduciary duty, fraudulent conveyance, conspiracy, violations of California's Unfair Competition Law, intentional and negligent infliction of emotional distress, breach of contract, and unjust enrichment, all related to Plaintiffs' investment in the production of a film.

"Federal courts are courts of limited jurisdiction and, as such, cannot exercise jurisdiction without constitutional and statutory authorization." *Hansen v. Grp. Health Coop.*, 902 F.3d 1051, 1056 (9th Cir. 2018). Plaintiffs invoke this Court's federal question jurisdiction, and assert that "certain of the claims asserted herein arise under the laws of the United States." Compl. ¶ 21. But Plaintiffs' Complaint does not appear to identify any federal claims.[1]

Plaintiffs are therefore **ORDERED** to show cause why their Complaint should not be dismissed for lack of subject matter jurisdiction. Plaintiffs shall file a response identifying the basis for this Court's jurisdiction no later than **July 5, 2022**. Failure to do so will result in dismissal of Plaintiffs' Complaint, without prejudice.

**IT IS SO ORDERED.**

---

[1] It appears that diversity jurisdiction does not exist: Plaintiffs allege that Chen resides in California, *see* Compl. ¶ 1, and that the individual Defendants all reside in California, *see id.* at ¶¶ 3, 9-15.